Proskauer Rose LLP   1585 Broadway   New York, NY 10036-8299

David A. Picon
Member of the Firm
d 212.969.3974
f 212.969.2900
dpicon@proskauer.com
www.proskauer.com

November 3, 2010

The Honorable Mark Falk, U.S.M.J.
Martin Luther King, Jr. Federal Building
  & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Kiss Products Korea Co. Ltd. v. Ivy Enterprises, Inc. et al*
      Civil Action No. 2:10-cv-05253 (WJM) (MF)

      *Nu-World Corp. v. Ivy Enterprises, Inc. and Kiss Products, Inc.*
      Civil Action No. 2:10-cv-04347 (WJM) (MF)

Dear Magistrate Judge Falk:

I have been advised by counsel for Ivy Enterprises, Inc., Kiss Products, Inc. and Nu-World Corporation that, during the October 27 telephone conference, Your Honor indicated that if the parties all agreed that consolidation of the above-referenced matters was appropriate, a letter advising the Court of same would suffice and that a formal motion would not be required. Accordingly, with the consent of counsel for Ivy, Kiss Products and Nu-World, I write to advise the Court that all parties agree that consolidation of these cases would be appropriate.

Respectfully,

David A. Picon

cc:   Mitchell J. Decter (Counsel for Nu-World Corporation)
      Thomas A.Telesca (Counsel for Ivy Enterprises, Inc. and Kiss Products, Inc.)

Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, D.C.