UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KISS PRODUCTS KOREA CO. LTD.<br><br>        Plaintiff,<br><br>v.<br><br>IVY ENTERPRISES, INC. AND NU-WORLD CORPORATION,<br><br>        Defendants. | CIVIL ACTION NO.<br>2:10-CV-05253 (WJM) (MF)<br><br>**(Document Electronically Filed)** |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that Mitchell J. Decter of Lowenstein Sandler PC hereby enters his appearance as counsel for the defendant, Nu-World Corp., and respectfully requests that all pleadings and Notices of Electronic Filing in this case also be served upon him accordingly.

Dated: November 3, 2010

        /s/ Mitchell J. Decter
**Mitchell J. Decter, Esq.**
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
Tel. 973.597.2500
Fax. 973.597.2400
mdecter@lowenstein.com
*Attorneys for Defendant, Nu-World Corp.*