**RUSKIN MOSCOU FALTISCHEK, P.C.**
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
(516) 663-6600
*Attorney for Defendant Ivy Enterprises, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X
KISS PRODUCTS KOREA CO. LTD,

                     Plaintiff,

-against-

IVY ENTERPRISES, INC., and NU-WORLD
CORPORATION,

                     Defendants.
---------------------------------------------------------------------X

10-cv-05253 (WJM)(MF)

**NOTICE OF APPEARANCE**

Document Electronically Filed

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that as of this date, Ruskin Moscou Faltischek, P.C. by Thomas A. Telesca, Esq., hereby appears on behalf of defendant IVY ENTERPRISES, INC. Service of all pleadings, paper and documents required to be served through this action shall be served upon the undersigned at the office and post office stated below.

Dated: Uniondale, New York
       November 11, 2010

                              RUSKIN MOSCOU FALTISCHEK, P.C.

                              By: _____
                                  Thomas A. Telesca, Esq.
                              *Attorney for Defendant*
                              *Ivy Enterprises, Inc.*
                              1425 RXR Plaza
                              East Tower, 15th Floor
                              Uniondale, New York 11556
                              (516) 663-6600

TO: **PROSKAUER ROSE LLP**
**DAVID A. PICON, ESQ.**
*Attorney for Plaintiff*
1585 Broadway
New York, New York  10036
(212) 969-3974

**LOWENSTEIN SANDLER, P.C.**
**Zachary D. Rosenbaum, Esq.**
**Mitchell J. Decter, Esq.**
*Attorney for Kiss Nail Products*
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500

#501401