RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
(516) 663-6600
*Attorney for Defendant Ivy Enterprises, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------X

KISS PRODUCTS KOREA CO. LTD,

           Plaintiff,

-against-

IVY ENTERPRISES, INC., and NU-WORLD
CORPORATION,

           Defendants.

-------------------------------------------------X

10-cv-05253 (WJM)(MF)

STIPULATION AND ORDER

Document Electronically Filed

IT IS HEREBY STIPULATED, ORDERED AND AGREED, by and between the undersigned parties that the time for defendant Ivy Enterprises, Inc. to appear, answer, move or otherwise respond to the Complaint in the above-captioned matter is adjourned to and including November 19, 2010.

Dated: Uniondale, New York
      November 11, 2010

PROSKAUER ROSE LLP

By: _____
David A. Picon, Esq.
*Attorney for Plaintiff*
1585 Broadway
New York, New York 10036-8299
(212) 969-3974

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Thomas A. Telesca, Esq.
*Attorney for Defendant, Ivy Enterprises, Inc.*
1425 RXR Plaza, East Tower, 15th Fl.
Uniondale, New York 11556
516-663-6600

SO ORDERED:
_____
U.S.M.J.  MARK FALK

500019