UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KISS PRODUCTS KOREA CO. LTD,<br><br>               Plaintiff,<br><br>v.<br><br>IVY ENTERPRISES, INC. AND NU-WORLD CORPORATION,<br><br>               Defendants. | CIVIL ACTION No.<br>2:10-cv-05253(WJM) (MF)<br>**(DOCUMENT ELECTRONICALLY FILED)**<br><br>STIPULATION AND ORDER |

**IT IS HEREBY STIPULATED, ORDERED AND AGREED**, by and between the undersigned parties that the time for Defendant Nu-World Corporation to appear, answer, move or otherwise respond to the Complaint in the above-captioned matter is adjourned to and including November 19, 2010.

Dated: Roseland, New Jersey
        October 26, 2010

PROSKAUER ROSE LLP

By: _____
David A. Picon, Esq.
1585 Broadway
New York, NY 10036
(212) 969-3000

LOWENSTEIN SANDLER, PC

By: _____
Zachary D. Rosenbaum, Esq.
Mitchell J. Decter, Esq.
65 Livingston Avenue
Roseland, NJ 07068
(973)597-2500

SO ORDERED: _____
MARK FALK
United States Magistrate Judge

14866/78
10/26/2010 15521672.1