UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NU-WORLD CORP.,<br><br>Plaintiff,<br><br>v.<br><br>IVY ENTERPRISES, INC., and KISS PRODUCTS, INC.,<br><br>Defendants. | Civil Action No. 10-4347 (WJM) |
| KISS PRODUCTS KOREA CO. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>IVY ENTERPRISES, INC., and NU-WORLD CORP.,<br><br>Defendants. | Civil Action No. 10-5253 (WJM)<br><br>**ORDER** |

**THIS MATTER** having been raised by the Court sua sponte with all parties during a conference call on October 27, 2010, and upon the request of all parties, contained in a letter dated November 3, 2010 [CM/ECF Docket No. 10-4347, Entry No. 13];

and the Court having authority to consolidate actions sua sponte that appear to present common questions of law and fact and common parties, see, e.g., Ortho-McNeil Pharm. V. Kali Labs, No. 02-5707, 2007 WL 1814080, at *6 n.3 (D.N.J. June 20, 2007);

and the decision to consolidate being one that rests in the sound discretion of the Court, see, e.g., In re Consol. Parlodel Litig., 182 F.R.D. 441, 442 (D.N.J. 1998);

and the Court noting that the claims asserted by the plaintiffs in both actions appear to arise from the same series of transactions, compare Nu-World Corp. Compl. (attach. A to Notice of Removal [CM/ECF Docket No. 10-4347, Entry No. 1]), with Kiss Prods. Korea Co. Ltd. Compl.[CM/ECF Docket No. 10-5253, Entry No. 1];

and the Court finding that these actions involve multiple common questions of law and fact and common parties;

and the Court further finding that consolidation will avoid unnecessary cost and delay;

and for other good cause shown;

**IT IS on this 8th day of November 2010,**

**ORDERED** that Nu-World Corp. v. Ivy Enterprises, Inc., et al., Civil Action No. 10-4347 (WJM), and Kiss Products Korea Co. Ltd. v. Ivy Enterprises, Inc., et al., Civil Action No. 10-5253 (WJM), are hereby consolidated for all purposes under Civil Action No. 10-4347 (WJM).

/s Mark Falk  
**MARK FALK**  
**United States Magistrate Judge**